PHILLIP A. TALBERT
Acting United States Attorney
PHILIP N. TANKOVICH
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> NICHOLAS J. SATTER, <br><br> Defendant. | Case No. 5:21-po-00024-JLT <br><br> MOTION AND [~~PROPOSED~~] ORDER FOR DISMISSAL WITHOUT PREJUDICE <br> (Doc. 11) |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Philip N. Tankovich, Special Assistant United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss this case in the interest of justice without prejudice and vacate the preliminary hearing set for April 27, 2021 at 10:00a.m.

DATED:  April 12, 2021

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

By:  /s/ Philip N. Tankovich
PHILIP N. TANKOVICH
Special Assistant U.S. Attorney

# **O R D E R**

IT IS HEREBY ORDERED that this case is dismissed in the interest of justice without prejudice and the preliminary hearing set for April 27, 2021 at 10:00 a.m. is vacated.

IT IS SO ORDERED.

Dated:   **April 12, 2021**              **/s/ Jennifer L. Thurston**
                                          CHIEF UNITED STATES MAGISTRATE JUDGE